IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 26 AM 11: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

**IN RE INDICTMENT**

ROSCOE DIXON and )    Cr. No. 05-20202
BARRY MYERS, )
 )
Defendants. )

### ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named defendants is hereby ordered sealed until the initial appearance of the defendant or 11:00 a.m., May 26, 2005, whichever occurs first.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

DATE: May 25, 2005

FILED IN OPEN COURT
DATE: 5/25/05
TIME: 4:00 pm
INITIALS: JPW

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20202 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT