# United States District Court

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ROSCOE DIXON

**WARRANT FOR ARREST**

CASE NUMBER: 05-20202 -MI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROSCOE DIXON
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Hobbs Act (corruption of public officials) Interference with commerce by threats or violence
Theft or bribery concerning programs receiving federal funds

in violation of
Title  18  United States Code, Section(s)  1951 and 666

~~ROBERT R. DiTROLIO~~  Jon P. McCalla
Name of Issuing Officer

Jon P. McCalla
Signature of Issuing Officer  U.S. Dist. Judge

~~Clerk~~ U.S. DISTRICT COURT
Title of Issuing Officer

05-25-2005  Memphis, Tennessee
Date and Location

Bail fixed at $ ROR  by Jon P. McCalla
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Memphis TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-26-05 | R. Cel | Rennie Celen |

This form was electronically produced by Elite Federal Forms, Inc.

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20202 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT