IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 17 PM 4: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 05-20202-Ml |
| ROSCOE DIXON ) | |
| Defendant(s) ) | |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Pretrial Conference on Wednesday, November 16, 2005 at 8:45 A.M. Counsel for the defendant requested a continuance of the December 5, 2005 trial setting due to a previously set First Degree Murder trial set to begin the same day in the Criminal Courts of Shelby County.

The Court granted the request and continued the matter for trial to Tuesday, January 17, 2006 at 9:30 A.M.

The period from December 16, 2005 through February 17, 2006, is excludable under 18 U.S.C. § 3161(h)(8)(A) because the ends of justice outweigh the need for a speedy trial.

**IT IS SO ORDERED** this the __17__ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-18-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20202 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT