IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 23 PM 1:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 05-20202-Ml |
| ROSCOE DIXON, | ) |
| Defendant. | ) |

ORDER SETTING HEARING

This case is before the court on Government's Motion for a Hearing to Address Potential Conflict of Representation.

It appears that this matter requires an immediate hearing and determination.

A hearing will be held on the government's motion beginning at 10:00 a.m. on Wednesday, December 28, 2005 in courtroom no. 4.

SO ORDERED this **23** day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-27-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20202 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT