IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 05-20202-Ml |
| ROSCOE DIXON, | ) |
| Defendant. | ) |

### ORDER REGARDING GOVERNMENT'S SUPPLEMENTAL MEMORANDUM

The Court held a hearing regarding a potential conflict of representation on December 28, 2005. Subsequently, the Government filed a supplemental memorandum on this issue. It appears that this matter requires further briefing by Defendant. Accordingly, Defendant shall submit any supplemental materials in response to the Government's memorandum in advance of the hearing in this matter on January 3, 2006.

SO ORDERED this 28th day of December, 2005.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-29-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CR-20202 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT